UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON P. FENNELL,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.  1:25-cv-01435-FRS (EPG)<br><br>**ORDER TO TERMINATE DEFENDANTS CORRECTIONAL HEALTH CARE SERVICES AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND CORRECT AMERICAN AMBULANCE'S NAME ON THE DOCKET**<br><br>(Doc. 10) |

On October 28, 2025, Plaintiff Madison Fennell ("Plaintiff") filed her initial complaint in this action naming Jeff Macomber, Ronald Broomfield, Dr. Anu Banerjee, Jorge Aldaco, Tammy L. Campbell, Raul Morales, Bryan Phillips, Tami Falconer, Javier Avila, Michael Wukits, David Robinson, Eric Essman, American Ambulance, County of Kings, California Correctional Health Care Services ("CCHCS") and California Department of Corrections and Rehabilitation ("CDCR") as defendants.  (Doc. 1.)

On January 6, 2026, CCHCS and CDCR filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6), arguing that CDCR and CCHCS (1) are immune from suit under the Eleventh Amendment, (2) cannot be sued under 42 U.S.C. § 1983 because they are not "persons" within the meaning of the statute, and (3) are immune from liability for state law

1

claims under Cal. Gov't Code § 844.6.  (Doc. 7.)

In lieu of an opposition, on January 22, 2026, Plaintiff filed an amended complaint no longer naming CCHCS and CDCR as defendants.  (Doc. 9.)  Additionally, Plaintiff's amended complaint now names "KWPH Enterprises Inc. dba American Ambulance" as a defendant.  (*Id.*)

Accordingly, the Clerk of the Court is directed to amend the docket to reflect that:

1. Plaintiff's claims against California Correctional Health Care Services and California Department of Corrections and Rehabilitation are no longer pending, and that California Correctional Health Care Services and California Department of Corrections and Rehabilitation have been terminated as defendants in this case; and

2. Defendant American Ambulance's name is now designated as "KWPH Enterprises Inc. dba American Ambulance".

IT IS SO ORDERED.

Dated:   **January 26, 2026**            /s/ _Eric P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

2