**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON P. FENNELL,<br><br>                Plaintiff,<br><br>        v.<br><br>JEFF MACOMBER, et al.,<br><br>                Defendant. | Case No. 1:25-cv-01435 JLT FRS (EPG)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 17) |

On October 28, 2025, Plaintiff Madison Fennell filed her initial complaint in this action naming California Correctional Health Care Services ("CCHCS") and California Department of Corrections and Rehabilitation ("CDCR"), among others, as defendants. (Doc. 1.) On January 6, 2026, CCHCS and CDCR filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6). (Doc. 7.) In lieu of an opposition, on January 22, 2026, Plaintiff filed a First Amended Complaint no longer naming CCHCS and CDCR as defendants. (Doc. 9.)

On January 29, 2026, the assigned magistrate judge issued findings and recommendations recommending that CCHCS and CDCR's motion to dismiss be denied as moot. (Doc. 17.) The Court served the findings and recommendations on the parties notified them that any objections were due in 14 days. (*Id.*) No party has filed any objections and the time to do so has since passed.

1

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.    The findings and recommendations issued on January 29, 2026 (Doc. 17) are **ADOPTED IN FULL**.

2.    The pending motion to dismiss (Doc. 7) is **DISMISSED** as moot.

IT IS SO ORDERED.

Dated:    **February 20, 2026**

UNITED STATES DISTRICT JUDGE