ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0802
 Fax:  (510) 622-2270
 E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Avila, Banerjee,
Broomfield, Campbell, Falconer, Macomber,
Morales, and Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MADISON FENNELL, Individually, and as successor-in-interest to Jeffrey S. Fennell, deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY MACOMBER, et al.,**<br><br>Defendants. | 1:25-cv-01435-JLT-FRS (EPG)<br><br>**STIPULATION AND ORDER TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>Judge:       The Honorable Jennifer L. Thurston<br>Trial Date:   Not Scheduled<br>Action Filed:  October 28, 2025 |

Under Civil Local Rule 143, Plaintiff Madison Fennell and Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips ("CDCR Defendants"), County of Kings, David Robinson, Eric Essman, Wukits, and KWPH Enterprises Inc, DBA American Ambulance ("Defendants") (collectively "the Parties") stipulate to continue the April 6, 2026 scheduling conference to July 6, 2026, at 9:30 a.m.

The Parties request for a continuance is based on the following reasons:

    1)    Plaintiff intends to file a Second Amended Complaint.

1

2)    CDCR Defendants have requested to see a draft of the Second Amended Complaint before giving written consent under Federal Rule of Civil Procedure 15(a)(2);

3)    Defendants are unable to determine whether they will file answers or move to dismiss the Second Amended Complaint before seeing it;

4)    Plaintiff is considering omitting some Defendants from the Second Amended Complaint; and

5)    Given the current uncertainty of the pleadings, the Parties are unable to meaningfully prepare a joint scheduling report or participate in a scheduling conference.

This is the first request to continue the scheduling conference made by the Parties.  No other deadlines will be affected by the continuance.

IT IS SO STIPULATED.


Dated:  March 16, 2026                    */S/ Brandon Michael Sua, I*
Brandon Michael Sua, I
*Attorney for Plaintiff Madison Fennell*


Dated:  March 16, 2026                    */S/ Jennifer J Nygaard*
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, and Phillips*


Dated:  March 16, 2026                    */S/ Matthew Bunting*
Matthew Bunting
*Attorney for Defendants County of Kings, David Robinson, and Eric Essman*


Dated:  March 16, 2026                    */S/ Maggie Zou*
Maggie Zou
*Attorney for Defendants Wukits, and KWPH Enterprises Inc, DBA American Ambulance*

2

## **ORDER**

Pursuant to the parties' Stipulation to Continue the April 6, 2026 Scheduling Conference (Doc. 39), the Court finds that there is good cause to do so and hereby ORDERS:

1.  The deadline to file a Joint Scheduling Report is extended to **May 29, 2026**; and

2.  The Scheduling Conference currently set for April 6, 2026 is continued to **July 6, 2026, at 9:30 a.m in Courtroom 8**.

IT IS SO ORDERED.

Dated:    **March 17, 2026**          /s/ _Eric P. Gros_

UNITED STATES MAGISTRATE JUDGE

Stip. and Order Continue Sched. Conf. (1:25-cv-01435-JLT-FRS (EPG))