ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0802
 Fax:  (510) 622-2270
 E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Avila, Banerjee,*
*Broomfield, Campbell, Falconer, Macomber,*
*Morales, and Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

|  |  |
|---|---|
| **MADISON FENNELL, Individually, and as successor-in-interest to Jeffrey S. Fennell, deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY MACOMBER, et al.,**<br><br>Defendants. | Case No: 1:25-cv-01435-JLT-FJS<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:  The Honorable Jennifer L. Thurston<br>Trial Date:  Not Scheduled<br>Action Filed:  October 28, 2025 |

Under Civil Local Rules 143 and 144, Plaintiff Madison Fennell and Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips ("Defendants") (collectively "the Parties") stipulate and agree that Defendants may have until April 23, 2026, to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 9).  After the Parties met and conferred regarding Defendants' anticipated motion to dismiss the First Amended Complaint, Plaintiff now intends to file a Second Amended Complaint.  The filing of a Second Amended Complaint will obviate the need for Defendants to respond to the First Amended Complaint.

1

This is the second stipulation the Parties have reached to extend the time for Defendants Avila, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips to respond to the First Amended Complaint, and the first stipulation for Defendant Banerjee to respond.

IT IS SO STIPULATED.

Dated:  March 20, 2026

/S/ Brandon Michael Sua, I
Brandon Michael Sua, I
Attorney for Plaintiff Madison Fennell

Dated:  March 20, 2026

/S/ Jennifer J Nygaard
Jennifer J. Nygaard
Deputy Attorney General
Attorney for Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, and Phillips

2

## **ORDER**

Having read and considered the parties' Stipulation and Proposed Order Extending Defendants' Time to Respond to Plaintiff's First Amended Complaint (Doc. 41), and good cause appearing, the Court hereby orders that the extension of time is GRANTED. The time for Defendants to respond to Plaintiff's First Amended Complaint shall be extended up to and through **April 23, 2026**.

IT IS SO ORDERED.

Dated:   **March 24, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

Stip. and Order Extending Defs.' Time Respond Pls.' First Am. Compl.  (1:25-cv-01435-JLT-FJS)