UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON P. FENNELL, | Case No. 1:25-cv-01435-JLT-FJS |
| Plaintiff, | ORDER DENYING SUBSTITUTION OF ATTORNEY |
| v. | (ECF No. 44) |
| MACOMBER, et al., | SEVEN DAY DEADLINE |
| Defendants. | |

On April 3, 2026, Defendant Michael Wukits filed a proposed substitution of attorney form substituting attorney Richard J. Ryan of Buchholz, Harris, Levine & Brennan PC in place of attorney Richard J. Ryan of R.J. Ryan Law, APC. (ECF No. 44.) Local Rule 182(g) requires that a substitution of attorney form be signed by the withdrawing attorney, the new attorney, and the client. L.R. 182. Here, the name of the new attorney appears to be incorrectly designated on the form. Accordingly, the Court cannot grant the requested substitution of attorney as submitted. If Defendant Michael Wukits intends to substitute attorneys, the party is directed to file a corrected form within SEVEN (7) DAYS of the date of this order.

IT IS SO ORDERED.

Dated:   **April 7, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1