ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0802
 Fax:  (510) 622-2270
 E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Avila, Banerjee,
Broomfield, Campbell, Falconer, Macomber,
Morales, and Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MADISON FENNELL, Individually, and as successor-in-interest to Jeffrey S. Fennell, deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY MACOMBER, et al.,**<br><br>Defendants. | 1:25-cv-01435-JLT-FJS<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:  The Honorable Frank J. Singer<br>Trial Date:  Not Scheduled<br>Action Filed:  October 28, 2025 |

Under Civil Local Rules 143 and 144, Plaintiff Madison Fennell and Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips ("Defendants") (collectively "the Parties") stipulate and agree that Defendants may have until May 26, 2026, to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 9).  The Parties previously met and conferred regarding Defendants' intention to file a motion to dismiss the First Amended Complaint.  Plaintiff intends to file a Second Amended Complaint, but will be unable to do so before the current April 23, 2026 deadline for Defendants to respond to the First

1

)

Amended Complaint.  The filing of a Second Amended Complaint will obviate the need for Defendants to respond to the First Amended Complaint.

This is the third stipulation the Parties have reached to extend the time for Defendants Avila, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips to respond to the First Amended Complaint, and the second stipulation for Defendant Banerjee to respond.

IT IS SO STIPULATED.

Dated:  April 22, 2026

*/S/ Brandon Michael Sua, I*
Brandon Michael Sua, I
*Attorney for Plaintiff Madison Fennell*

Dated:  April 22, 2026

*/S/ Jennifer J Nygaard*
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, and Phillips*

Stip. and Order Extending Defs.' Time Respond Pls.' First Am. Compl.  (1:25-cv-01435-JLT-FJS)

<u>ORDER</u>

Having reviewed the parties' Stipulation and Proposed Order Extending Defendants' Time to Respond to Plaintiff's First Amended Complaint (ECF No. 48), the Court ORDERS, good cause appearing, that Defendants may have until May 26, 2026, to file a responsive pleading to Plaintiff's First Amended Complaint. (ECF No. 9).

IT IS SO ORDERED.

Dated:   **April 23, 2026**

_____
UNITED STATES MAGISTRATE JUDGE