ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  Fax:  (510) 622-2270
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Avila, Banerjee,
Broomfield, Campbell, Falconer, Macomber,
Morales, and Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MADISON FENNELL, Individually, and as successor-in-interest to Jeffrey S. Fennell, deceased,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, et al.,<br><br>Defendants. | 1:25-cv-01435-JLT-FJS<br><br>STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Judge:         The Honorable Frank J. Singer<br>Trial Date:    Not Scheduled<br>Action Filed:  October 28, 2025 |

Under Civil Local Rules 143 and 144, Plaintiff Madison Fennell and Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips ("Defendants") (collectively "the Parties") stipulate and agree that Defendants may have until June 26, 2026, to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 9).  The Parties are in the process of meeting and conferring about Plaintiff's intention to file a Second Amended Complaint, but Plaintiff will be unable to file the Second Amended Complaint before the current May 26, 2026, deadline for Defendants to respond to the First Amended Complaint.  The filing of

1

a Second Amended Complaint will obviate the need for Defendants to respond to the First Amended Complaint.

This is the fourth stipulation the Parties have reached to extend the time for Defendants Avila, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips to respond to the First Amended Complaint, and the third stipulation for Defendant Banerjee to respond.

IT IS SO STIPULATED.

Dated:  May 13, 2026                    */S/ Brandon Michael Sua, I*
                                        Brandon Michael Sua, I
                                        *Attorney for Plaintiff Madison Fennell*


Dated:  May 13, 2026                    */S/ Jennifer J Nygaard*
                                        Jennifer J. Nygaard
                                        Deputy Attorney General
                                        *Attorney for Defendants Avila, Banerjee, Broomfield,*
                                        *Campbell, Falconer, Macomber, Morales, and Phillips*

2

ORDER

Having reviewed the parties' stipulation and proposed order extending Defendants' time to respond to Plaintiff's first amended complaint (ECF No. 50), and good cause appearing, the court ORDERS that Defendants have until June 26, 2026, to file a responsive pleading to Plaintiff's first amended complaint. (ECF No. 9).

IT IS SO ORDERED.

Dated:   **May 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3