UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON P. FENNELL | ) Case No. 1:25-cv-01435-JLT-FJS |
| Plaintiff, | ) ORDER RE: PARTIES' STIPULATION |
| v. | ) TO CONTINUE SCHEDULING ) CONFERENCE AND EXTEND |
| JEFFERY MACOMBER, et al., | ) DEADLINE TO FILE A JOINT ) SCHEDULING REPORT |
| Defendants. | ) (ECF No. 53) |

Under Civil Local Rule 143, Plaintiff Madison Fennell and Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips ("CDCR Defendants"), County of Kings, David Robinson, Eric Essman, Wukits, and KWPH Enterprises Inc, DBA American Ambulance ("Defendants") (collectively "the Parties") stipulate to continue the July 6, 2026 scheduling conference to November 6, 2026, at 9:30 a.m.  The Parties further stipulate that the May 29, 2026, deadline to file the Joint Scheduling Report shall be extended to October 30, 2026.

The Parties' request for a continuance is based on the following reasons:

1)    Plaintiff intends to file a Second Amended Complaint;

2)    On May 12, 2026, Plaintiff provided Defendants with a proposed Second Amended Complaint;

3)    The Parties met and conferred on May 26, 2026 regarding Plaintiff's proposed

Second Amended Complaint.  Defendants indicated that they would not provide written consent under Federal Rule of Civil Procedure 15(a)(2) to filing of the proposed Second Amended Complaint.  Plaintiff agreed to make revisions to the Second Amended Complaint and to provide Defendants' counsel with a revised version the week of June 15, 2026.

4)    At this time, Defendants are unable to determine whether they will consent to Plaintiff filing a Second Amended Complaint, and whether they will answer or move to dismiss a Second Amended Complaint before seeing the final version;

5)    Given the current uncertainty of the pleadings, the Parties are unable to meaningfully prepare a joint scheduling report or participate in a scheduling conference. This is the second request to continue the scheduling conference made by the Parties.  No other deadlines will be affected by this stipulation.

IT IS SO STIPULATED.

Dated:  May 27, 2026                    */S/ Brandon Michael Sua, I*
Brandon Michael Sua, I
*Attorney for Plaintiff Madison Fennell*

Dated:  May 26, 2026                    */S/ Jennifer J Nygaard*
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, and Phillips*

Dated:  May 26, 2026                    */S/ Matthew Bunting*
Matthew Bunting
*Attorney for Defendants County of Kings, David Robinson, and Eric Essman*

Dated:  May 26, 2026                    */S/ Maggie Zou*
Maggie Zou
*Attorney for Defendants Wukits, and KWPH Enterprises Inc, DBA American Ambulance*

ORDER

Based on the stipulation of the parties (ECF No. 53) and good cause appearing, the joint stipulation to continue the scheduling conference is HEREBY GRANTED IN PART. The parties requested a continuance of the scheduling conference until November 6, 2026, which is a Friday. Yet, the undersigned reserves Friday's calendar for motion hearings. Accordingly, the SCHEDULING CONFERENCE currently set for July 6, 2026, is continued to November 9, 2026, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  Pursuant to the parties' stipulation, the parties shall file a joint scheduling report no later than October 30, 2026. The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE