UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MADISON FENNELL, individually, and as successor-in-interest to JEFFERY S. FENNELL, deceased, | Case No. 1:25-CV-01435-JLT-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| JEFFERY MACOMBER, et al., | (ECF No. 55) |
| Defendants. | |

Under Civil Local Rules 143 and 144, Plaintiff Madison Fennell and Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips ("Defendants") (collectively "the Parties") stipulate and agree that Defendants may have until July 27, 2026, to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 9).

Plaintiff intends to file a Second Amended Complaint. The Parties met and conferred on May 26, 2026 regarding Plaintiff's proposed Second Amended Complaint. Defendants indicated that they would not provide written consent under Federal Rule of Civil Procedure 15(a)(2) to the filing of the proposed Second Amended Complaint as drafted. Plaintiff agreed to revise the Second Amended Complaint and to provide Defendants with a revised draft the week of June 15, 2026. Plaintiff was unable to meet this deadline and now intends to provide a revised version of

the Second Amended Complaint to Defendants the week of June 29, 2026.  This is after the current June 26, 2026 deadline for Defendants to respond to the First Amended Complaint.  The filing of a Second Amended Complaint will obviate the need for Defendants to respond to the First Amended Complaint.

This is the fifth stipulation the Parties have reached to extend the time for Defendants Avila, Broomfield, Campbell, Falconer, Macomber, Morales, Phillips to respond to the First Amended Complaint, and the fourth stipulation for Defendant Banerjee to respond.

IT IS SO STIPULATED.

Dated:  June 23, 2026          */S/ Brandon Michael Sua, I*
Brandon Michael Sua, I
*Attorney for Plaintiff Madison Fennell*

Dated:  June 23, 2026          */S/ Jennifer J Nygaard*
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendants Avila, Banerjee, Broomfield, Campbell, Falconer, Macomber, Morales, and Phillips*

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendants shall have until July 27, 2026, to file a responsive pleading to Plaintiff's first amended complaint.

IT IS SO ORDERED.

Dated:    **June 26, 2026**    _____

UNITED STATES MAGISTRATE JUDGE