UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADISON FENNELL, individually, and as successor-in-interest to Jeffery S. Fennell, deceased,

Plaintiff,

v.

JEFFREY MACOMBER, et al.,

Defendants.

Case No.  1:25-cv-01435-JLT-FJS

ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS DR. ANU BANERJEE, TAMMY CAMPBELL, AND RAUL MORALES WITH PREJUDICE

(ECF No. 57)

On July 6, 2026, the parties filed a joint stipulation of voluntary dismissal with prejudice (ECF No. 57) of the claims against Defendants Dr. Anu Banerjee, Tammy Cambell, and Raul Morales pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 57.) The parties further indicate that each party will bear their own fees and costs. (*Id*.)  Accordingly, the Clerk of the Court is directed to terminate Defendants Dr. Anu Banerjee, Tammy Campbell, and Raul Morales on the docket.

IT IS SO ORDERED.

Dated:  __**July 7, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE