ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
ALEXANDER GEORGE VICAS, State Bar No. 347055
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0802
Fax: (510) 622-2270
E-mail: Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Avila, Broomfield, Crandell, Falconer, Macomber, Medina, Phillips, Stockdale, and Urban*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MADISON FENNELL, Individually, and as successor-in-interest to Jeffrey S. Fennell, deceased,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JEFFREY MACOMBER, et al.,**<br><br>Defendants. | 1:25-cv-01435-JLT-FJS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANT AVILA'S TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT AVILA'S MOTION TO DISMISS**<br><br>Judge: The Honorable Jennifer L. Thurston<br>Trial Date: Not Scheduled<br>Action Filed: October 28, 2025 |

Plaintiff Madison Fennell and Defendant Avila (collectively "the Parties") stipulate and agree that Defendant Avila may have until October 23, 2026, to reply to Plaintiff's opposition to Defendant Avila's motion to dismiss (ECF No. 75). The current deadline for Defendant Avila to reply is September 18, 2026. Good cause exists for the extension of time because new counsel will be requesting Court approval to substitute in as counsel for Defendant Avila in place of attorneys from Office of the Attorney General. The new counsel will need time to become familiar with this case and prepare a reply on behalf of Defendant Avila.

The Parties also stipulate that if the Court intends to hold a hearing on Defendant Avila's motion to dismiss, the hearing be continued from September 29, 2026, to November 3, 2026 at 9:00 a.m.

This is the first stipulation between the Parties to extend the time for Defendant Avila to file a reply to Plaintiff's opposition to Defendant Avila's motion to dismiss and to continue the hearing.

IT IS SO STIPULATED.

Dated: September 17, 2026

*/S/ Brandon Michael Sua, I*
Brandon Michael Sua, I
*Attorney for Plaintiff Madison Fennell*

Dated: September 17, 2026

*/S/ Jennifer J Nygaard*
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendants Avila, Broomfield, Crandell, Falconer, Macomber, Medina, Phillips, Stockdale, and Urban*

**ORDER**

The above stipulation is approved.

IT IS SO ORDERED.

Dated: September 18, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE