BUCHHOLZ, HARRIS, LEVINE & BRENNAN, P.C.
Attorneys At Law
12100 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone (310) 479-0944
Fax (310) 312-3836
eservice@bhlb.law
Richard J. Ryan, Esq. – State Bar No. 106587
rick.ryan@bhlb.law
Yifei "Maggie" Zou, Esq. – State Bar No. 343739
maggie.zou@bhlb.law

Attorneys for Defendants,
MICHAEL WUKITS and KWPH ENTERPRISES, INC.,
dba AMERICAN AMBULANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON P. FENNELL, individually and as successor-in-interest to Jeffrey S. Fennell, deceased,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER; RONALD BROOMFIELD; BRYAN PHILLIPS; TAMI FALCONER; GERALD STOCKDALE; BRENT URBAN; HECTOR MEDINA; VANESSA CRANDELL; JAVIER AVILA; MICHAEL WUKITS; DAVID ROBINSON; ERIC ESSMAN; WAYNE BRABANT; SAM ANDREWS; KWPH ENTERPRISES INC. dba AMERICAN AMBULANCE; KINGS COUNTY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 1:25-cv-01435-JLT-FRS<br><br>Action Filed: October 28, 2025<br><br>SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS MICHAEL WUKITS AND KWPH ENTERPRISES, INC. TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS; ORDER |

Plaintiff Madison Fennell and Defendants MICHAEL WUKITS and KWPH ENTERPRISES, INC., dba AMERICAN AMBULANCE (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

Plaintiff served her first set of interrogatories and requests for production of documents on Defendants on August 3, 2026. Defendants' responses were originally due on September 2, 2026. The Parties previously stipulated to extend Defendants' deadline to serve responses by twenty-eight (28) days, through and including September 30, 2026.

Pursuant to Local Rule 144(a), the Parties agree to a further extension of thirty (30) days for Defendants to serve responses to Plaintiff's interrogatories and requests for production of documents, through and including October 30, 2026.

This is the Parties' second stipulated extension of Defendants' deadline to respond to this discovery. Good cause exists for the requested extension because Defendants require additional time to obtain and review information and documents necessary to finalize their responses. The requested extension will not affect any other deadlines currently set by the Court. Because this is the Parties' second stipulated extension, the Parties respectfully request Court approval pursuant to Local Rule 144.

IT IS SO STIPULATED.

Dated: September 25, 2026

SUA LAW GROUP, APC

By: /s/ Brandon Michael Sua
Brandon Michael Sua, Esq.
Attorney for Plaintiff,
MADISON FENNELL

Dated: September 25, 2026

BUCHHOLZ, HARRIS, LEVINE & BRENNAN, P.C.

By: /s/ Yifei "Maggie" Zou
Richard J. Ryan, Esq.
Yifei "Maggie" Zou, Esq.
Attorneys for Defendants,
MICHAEL WUKITS and K.W.P.H. ENTERPRISES, INC., dba AMERICAN AMBULANCE

ORDER

Pursuant to the parties' above second stipulation to extend Defendants' deadline to respond to discovery, and good cause appearing, it is hereby ORDERED that Defendants have an extension of thirty (30) days to serve responses to Plaintiff's above interrogatories and requests for production of documents, through and including October 30, 2026.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE