UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON P. FENNELL, individually and as successor-in-interest to Jeffrey S. Fennell, deceased,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER; RONALD BROOMFIELD; BRYAN PHILLIPS; TAMI FALCONER; GERALD STOCKDALE; BRENT URBAN; HECTOR MEDINA; VANESSA CRANDELL; JAVIER AVILA; MICHAEL WUKITS; DAVID ROBINSON; ERIC ESSMAN; WAYNE BRABANT; SAM ANDREWS; KWPH ENTERPRISES INC. dba AMERICAN AMBULANCE; KINGS COUNTY, AND, and DOE 1 through 50,<br><br>Defendants. | Case No. 1:25-CV-01435-JLT-FJS<br><br>ORDER GRANTING PARTIES' JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(ECF No. 96) |

On October 20, 2026, the Plaintiff Madison Fennell and Defendant Sam Andrews, M.D. filed their joint stipulation for an extension of time (ECF No. 96) pursuant to Local Rule 144. This is the Parties' first stipulation for an extension of time to respond to Plaintiff's second amended complaint (ECF No. 61).

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Defendant Sam Andrews, M.D shall have until November 16, 2026, to file a responsive pleading to Plaintiff's second amended complaint (ECF No. 61).
2. All other deadlines in this matter remain unchanged.

IT IS SO ORDERED.

Dated: **October 21, 2026**

UNITED STATES MAGISTRATE JUDGE