UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADISON P. FENNELL, individually and as successor-in-interest to JEFFERY S. FENNELL, deceased,

Plaintiff,

v.

JEFF MACOMBER, et al.,

Defendants.

Case No. 1:25-CV-01435-JLT-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

Due to the pending motions to dismiss (ECF Nos. 77, 76) the scheduling conference currently set for December 9, 2026, is HEREBY CONTINUED to <u>February 25, 2027, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer</u>. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **November 3, 2026**

UNITED STATES MAGISTRATE JUDGE