UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADISON P. FENNELL,

Plaintiffs,

v.

JEFF MACOMBER, et al.,

Defendants.

Case No. 1:25-CV-01435-JLT-FJS

ORDER REGARDING SUBSTITUTION OF ATTORNEY

(ECF No. 102)

ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE JAMES J. ARDENT AND MATTHEW P. BUNTING FROM THE DOCKET AS COUNSEL OF RECORD FOR DEFENDANT COUNTY OF KINGS

On November 13, 2026, defense counsel James J. Ardent and Matthew P. Bunting, both of Weakley & Ardent, PC, filed a proposed substitution of attorney to substitute Mandy L. Jeffcoach, of Whitney Thompson & Jeffcoach, LLP as counsel of record for Defendant County of Kings, in place of Mr. Ardent and Mr. Bunting. (ECF No. 102.) The proposed substitution is signed by Mr. Ardent and Mr. Bunting, and by Defendant County of Kings. (*Id.*) The proposed substitution is also signed by new defense counsel, Ms. Jeffcoach. (*Id.*)

Accordingly, pursuant to Local Rule 182(g) of the court and for good cause appearing, IT IS HEREBY ORDERED that attorneys James J. Ardent and Matthew P. Bunting, both of Weakley & Ardent, PC are withdrawn as counsel of record for Defendant County of Kings in this case. The clerk of the court is DIRECTED to terminate attorneys James J. Ardent and Matthew P. Bunting as counsel for Defendant County of Kings in the above-captioned matter.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE